IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01518-PSF-PAC

MDM GROUP ASSOCIATES, INC., a Delaware corporation,

    Plaintiff,

v.

RESORTQUEST INTERNATIONAL, INC., a Delaware corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    Pending before the Court is the parties' Stipulated Motion for Protective Order (Docket No. **23,** Filed December 20, 2006).   The instant motion is   **GRANTED.**

    The parties' proposed Stipulated Protective Order, submitted December 20, 2006, is signed and accepted  for filing as of the date of this minute order.


Dated:  January 2, 2007