IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01518-PSF-PAC

MDM GROUP ASSOCIATES, INC., a Delaware corporation,

    Plaintiff,

v.

RESORTQUEST INTERNATIONAL, INC., a Delaware corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that the Stipulated Motion to Modify Scheduling Order (Doc. #34), filed February 22, 2007, is **GRANTED** as follows:

    Pursuant to Fed.R.Civ.P. 34, the last day for any party to serve upon any other party written interrogatories, requests for production of documents and/or admissions is **June 8, 2007**.

    The party with the burden of proof on an issue shall designate expert testimony with respect to that issue, and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2), **on or before May 4, 2007**.

    A party that does not bear the burden of proof on an issue shall designate expert testimony, whether or not such testimony is responsive to expert testimony designated by another party, and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2), on or before **May 25, 2007.**

    The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before **June 22, 2007.**

    The discovery deadline is extended to **July 13, 2007.**

    The dispositive motions deadline is extended to **August 3, 2007.**

Dated: March 12, 2007