IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01518-PSF-PAC

MDM GROUP ASSOCIATES, INC., a Delaware corporation,

    Plaintiff,

v.

RESORTQUEST INTERNATIONAL, INC., a Delaware corporation,

    Defendant.
_____

## MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

    IT IS HEREBY **ORDERED** that the Second Stipulated Motion to Modify Scheduling Order [Doc. #39, filed May 3, 2007], is **GRANTED** as follows:

    The party with the burden of proof on an issue shall designate expert testimony with respect to that issue, and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2), **on or before June 22, 2007.**

    A party that does not bear the burden of proof on an issue shall designate expert testimony, whether or not such testimony is responsive to expert testimony designated by another party, and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2), on or before **July 6, 2007.**

    The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before **July 20, 2007.**

    The discovery deadline is extended to **July 30, 2007.**

Dated: May 4, 2007