**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-01518-PSF-PAC** | FTR - Reporter Deck - Courtroom A402 |
| **Date: July 18, 2007** | **Courtroom Deputy:** Ben Van Dyke |

MDM GROUP ASSOCIATES, INC.,                    Theodore J. Finn, via telephone
a Delaware corporation,

    **Plaintiff,**

    v.

RESORTQUEST INTERNATIONAL, INC.,            Natalie M. Hanlon-Leh, via telephone
a Delaware corporation,

    **Defendant.**

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:     11:27 a.m.**
Court calls case.  Appearances of counsel.

Counsel discuss the status of the case with the Court.

**ORDERED:**  The Third Stipulated Motion to Modify Scheduling Order [filed June 27, 2007; doc. 47] is granted.  The discovery cut-off is extended to March 13, 2008, and the dispositive motions deadline is extended to April 14, 2008.  All further modifications are granted consistent with the motion.

**ORDERED:**  Final Pretrial Conference vacated and reset for August 19, 2008 at 9:15 a.m.

HEARING CONCLUDED.

**Court in Recess:     11:32 a.m.**
Total In-Court Time:     00:05